Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
OCT 30 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

24 CV 1054 JLS

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A. Full Name of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Randall A. Barber

-vs-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Darrell Klute
2. John R. Searles
3. Cattaraugus County Board of Elections
4. Kevin C. Burleson
5. Cortney Spittler
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: The defendants have violated my civil rights and federal law by denying my foil request for the 2022 General Election and the appeal I filed in response to their original denial

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: The violations took place in Cattaraugus County which is within the Western District Courts jurisdiction

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Civil rights and violation of federal election law

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Randall A. Barber

Present Address: 3918 Hardscrabble Rd, Randolph, N.Y. 14772

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Darrell Klute

Official Position of Defendant (if relevant): Cattaraugus County Clerk

Address of Defendant: 303 Court Street, Little Valley, N.Y. 14755

Name of Second Defendant: John R. Searles

Official Position of Defendant (if relevant): County Administrator/Records Appeals Officer

Address of Defendant: 303 Court Street, Little Valley, N.Y. 14755

Name of Third Defendant: Cattaraugus County Board of Elections

Official Position of Defendant (if relevant): _____

Address of Defendant: 207 Rock City Street, Little Valley, N.Y. 14755

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes ☐   No ☒

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _____

Present Address: _____

_____

Name of Second Plaintiff: _____

Present Address: _____

_____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ 4Th. Defendant: Kevin Burleson

Official Position of Defendant (if relevant): Democrat Election Commissioner

Address of Defendant: 207 Rock City Street
Little Valley, N.Y. 14755

Name of ~~Second~~ 5Th. Defendant: Cortney Spittler

Official Position of Defendant (if relevant): Republican Election Commissioner

Address of Defendant: 207 Rock City Street
Little Valley, N.Y. 14755

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
    Yes [ ]   No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    _____

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes ☐  No ☐

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ☐ Dismissed (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ☐ By court due to your voluntary withdrawal of claim;

   ☐ Judgment upon motion or after trial entered for

   ☐ plaintiff
   ☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On (date of the incident) ~~Darrell Klute~~ September 27, 2024
defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) _____
Darrell Klute, Cattaraugus County Board of Elections
Kevin Burleson, Cortney Spittler

3

did the following to me (*briefly state what each defendant named above did*): Violated my civil rights and federal law by denying my foil request to obtain the 2022 General Election Cast Vote Records

The federal basis for this claim is: Hava law Section 301.a.2 National Institute of Standards and Technology

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Seeking a declaratory judgement

B. SECOND CLAIM: On (*date of the incident*) Oct. 9, 2024

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) John R. Searles, Cattaraugus County Board of Elections, Kevin Burleson, Cortney Spittler

did the following to me (*briefly state what each defendant named above did*): Denied my second submission with attatchment and appeal to provide me with the 2022 General Election Cast Vote Records violating my civil rights and federal law.

The federal basis for this claim is: Hava law section 301.a.2 National Institute of Standards and Technology

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Seeking a declaratory judgement

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Seeking a declaratory judgement

Do you want a jury trial? Yes [ ] No [✓]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/30/2024__
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*Randall A. Barber*

Signature(s) of Plaintiff(s)

Sworn to before me
On 10/30/2024

*Jacquelyn A Learn*

Jacquelyn A. Learn
#01LE5013013
Notary Public, State of New York
Qualified in Cattaraugus County
Commission Expires 7/15/2027

5

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

24 CV 1054

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Randall A. Barber

**DEFENDANTS**
Darrell Klute, John R. Searles, Cattaraugus County Board of Elections, Kevin Burleson, Cortney Spittler

(b) County of Residence of First Listed Plaintiff: Cattaraugus
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Cattaraugus
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

[Stamp: OCT 30 2024 WDNY BUFFALO]

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — 310 Airplane | **PERSONAL INJURY** — 365 Personal Injury – Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | 370 Other Fraud | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 360 Other Personal Injury | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | | | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | [X] 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [X] 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Hava law section 301a.2 NIST

Brief description of cause: Denial of foil request and appeal

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____